**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-7384

---

MUHAMMAD JALAL DEEN AKBAR,

                              Plaintiff - Appellant,

        versus

DOCTOR WALASIN,

                              Defendant - Appellee,

        and

BUREAU OF PRISONS; DOCTOR TIM; SALLY JOHNSON;
KATHY HAWK-SAWYER,

                              Defendants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-99-526-5-H)

---

Submitted:  February 8, 2001        Decided:  February 22, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Muhammad Jalal Deen Akbar, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad Jalal Deen Akbar appeals from the district court's order dismissing his <u>Bivens</u>[*] action. Our review of the record discloses that this appeal is without merit. Accordingly, we affirm the district court's order on the reasoning of the district court. <u>Akbar v. Bureau of Prisons</u>, No. CA-99-526-5-H (E.D.N.C. Sept. 13, 2000). We deny Akbar's pending motions to stay, for general relief, and, because this appeal presents no complex issues, we also deny his motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] <u>See</u> <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

2